UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK D. JOHNSON, | ) | CASE NO. 4:15-cv-2085 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT ENTRY** |
| CHRISTOPHER LAROSE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has examined the Report and Recommended Decision of Magistrate Judge Parker, submitted in this matter on July 8, 2016. Doc. 13. Upon due consideration, the Court adopts the report and recommended findings and conclusions of the Magistrate Judge and incorporates them herein. Therefore, it is ordered that Respondent's Motion to Dismiss is GRANTED and the petition for habeas corpus is hereby DISMISSED in its entirety with prejudice.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

September 27, 2016   /s/ *John R. Adams*
                    JUDGE JOHN R. ADAMS
                    UNITED STATES DISTRICT JUDGE